1
2
3
4
5
6
7

8                              **UNITED STATES DISTRICT COURT**

9                              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  CECIL SHAW,                              ) No: 2:12-cv-03126-DMG-OPx
                                             )
12             Plaintiff,                    ) **ORDER DISMISSING ACTION [16]**
                                             )
13      vs.                                  )
                                             )
14                                           )
    PANKJAB B. PATEL, et al.,                )
15                                           )
                                             )
16             Defendants.                   )
                                             )
17                                           )
                                             )
18  _____ )

19
20
21
22
23
24
25
26
27
28

*Shaw v. Patel, et al.*
[Proposed] Order Dismissing Action

Page 1

1    In accordance with the parties' stipulation, and good cause appearing,

2    **IT IS HEREBY ORDERED** as follows:

3    1.    Plaintiff Cecil Shaw and Defendants Pankaj B. Patel and Gita P. Patel, Arun C. Patel and Rita A. Patel, Sanjay S. Jariwala and Neeta S. Jariwala and Chandulal A. Patel dba 7 Days Market ("Defendants") shall comply with the terms of the Settlement Agreement and Release in Full, the terms of which are incorporated herein by this reference.

4    2.    By consent of Plaintiff and Defendants, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

5    3.    Except as provided for in paragraphs 1 and 2 above, Defendants are dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: July 25, 2012

_____
DOLLY M. GEE
United States District Judge